UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL BRIENZA,

    Plaintiff,

v.                                        Case No.  8:07-cv-487-T-24-MAP

DAVID GEE, in his official capacity as Sheriff
of Hillsborough County, and Deputy IRA
BRIDWELL, in his individual capacity,

    Defendants.
_____/

## O R D E R

    This cause comes before the Court on Plaintiff's Unopposed Motion to Stay Proceedings and to Continue Pretrial Conference (Doc. No. 50).

    On July 1, 2008, Defendant Ira Bridwell filed his notice of interlocutory appeal (Doc. No. 47), as to this Court's order denying his motion for summary judgment on his affirmative defense of qualified immunity (Doc. No. 46).  The parties are now requesting that this Court stay the case pending resolution of the interlocutory appeal.  Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

    (1)    Plaintiff's Unopposed Motion to Stay Proceedings and to Continue Pretrial Conference (Doc. No. 50) is **GRANTED**;

    (2)    This case is **STAYED** pending resolution of Defendants' interlocutory appeal. The pretrial conference that is currently scheduled for August 26, 2008 is cancelled.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of July, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge